

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

The court has considered the appellant's motion for rehearing en banc, and the motion is
DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 11th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court